George Weinhagen, Jr., Administrator of Estate of Albert Weinhagen, Deceased, Appellee, v. City of Herrin, Appellant.

(Abstract of Decision.)

159

Heard in this court at October term, 1939; opinion filed March 9, 1940. Lan Haney and E. N. Bowen, for appellant; Gold & McCann, Costigan & Wollrab and C. Ross Reynolds, for appellee; J. E. Porter and Walter A. Yoder, of counsel. Opinion by PRESIDING JUSTICE STONE. "Not to be published in full."